## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

(1) DEBBIE S. SMITH, an individual,

                        Plaintiff,

v.                                              Case No. _____

(1) ATKINS & MARKOFF, a domestic corporation,

                        Defendant.

## NOTICE OF REMOVAL

Defendant, Atkins & Markoff, for its Notice of Removal of the above-styled cause to the United States District Court for the Western District of Oklahoma, respectfully shows:

### I.

This action is now pending in the District Court of Oklahoma County, as above-captioned, and docketed as number CJ-2007-5958. Copies of the Summons, Petition, Plaintiff's First Interrogatories, First Requests for Production to Defendant and First Amended Petition are attached hereto (Exhibits "1", "2", "3", "4", and "5" respectively ) which constitute all process, pleadings and papers served upon the parties in this action, and Defendant's Entry of Appearance is presented and filed herewith. In addition, a certified copy of the docket sheet for this action is attached hereto (Exhibit "6"). Plaintiff's Amended Petition is a civil action seeking damages against the Defendant.

### II.

Defendant requests that the case be removed to Federal Court pursuant to 28 U.S.C. § 1331, as this is a case arising under the statutes and laws of the United States of America as the substance directly involves alleged claims under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.*

III.

This matter is a civil action brought in a state district court of which the United States District Courts have original jurisdiction because of Plaintiff's allegations under federal law, thereby giving rise to federal question jurisdiction under 28 U.S.C. § 1331 by virtue of 29 U.S.C. § 621 *et seq.* Defendant therefore requests that the above action, Case No. CJ-2007-5958, now pending against it in the District Court of Oklahoma County, Oklahoma, be removed from that court to this Court.

WHEREFORE, Defendant prays that the Court assume jurisdiction of this cause and proceed with it to completion, and to enter such orders and judgments as may be necessary to protect its jurisdiction, or as justice may require.

Respectfully submitted,

s/ JIM T. PRIEST
JIM T. PRIEST, OBA #7310
WHITTEN NELSON MCGUIRE
  TERRY & ROSELIUS
P.O. Box 138800
Oklahoma City, OK  138800
Telephone:  (405) 705-3600
Facsimile:  (405) 705-2573
jimpriest@whitten-nelson.com

Attorneys for Defendant, Atkins & Markoff

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 7th day of August, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to ECF registrants and mailed, postage prepaid to:

>Tom C. Gibson
>508 W. Vandament Avenue
>Suite 306
>Yukon, OK  73099

And hand-delivered to:

>Patricia Presley, Court Clerk
>409 Oklahoma County Courthouse
>320 Robert S. Kerr Avenue
>Oklahoma City, OK  73102

                                              s/ JIM T. PRIEST