IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

DEBBIE S. SMITH, an individual, )
)
    Plaintiff, )
)
v. ) Case No. **CJ-2007-5958**
)
ATKINS & MARKOFF, )
a domestic corporation, )
)
    Defendant. )

**SUMMONS**

To the above-named Defendant(s):    **ATKINS & MARKOFF**
By Serving:
Daniel Pines Markoff
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, Oklahoma 73120

**GREETINGS:**

You have been sued by the above named plaintiff and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the date of service. Within the time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with the cost of this action.

Issued this ___11___ day of __July__, 2007.

PATRICIA PRESLEY, Court Clerk

By_____Catherine Smith_____
Deputy Court Clerk

(SEAL)
Attorney(s) for plaintiff(s)
Name:    Tom C. Gibson, OBA #21191
Address:    508 W. Vandament Avenue, Suite 306
    Yukon, Oklahoma 73099
Telephone:    (405) 354-2900
Facsimile:    (405) 354-7557

This summons was served on the _____ day of _____, 2007.

_____
(Signature of person serving summons)

**YOU MAY SEEK LEGAL ADVISE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

EXHIBIT "1"