IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

DEBBIE S. SMITH, an individual, )
)
      Plaintiff, )
)
vs. ) Case No. CJ-2007-5958
)
ATKINS & MARKOFF, )
a domestic corporation, )
)
      Defendant. )

### PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANT

**REQUEST FOR PRODUCTION NO. 1:** Produce each and every document upon which you will rely at trial in support of any defense against the allegations contained in Plaintiff's Petition.

**REQUEST FOR PRODUCTION NO. 2:** Produce any and all statements (whether recorded or written) taken by you or on your behalf relating in any way to the allegations made against you by the Plaintiff.

**REQUEST FOR PRODUCTION NO. 3:** Produce any and all documents referred to or utilized in answering Plaintiff's Interrogatories.

**REQUEST FOR PRODUCTION NO. 4:** Produce any and all documentation to support any affirmative defense you may claim.

**REQUEST FOR PRODUCTION NO. 5:** Produce the complete personnel file of Debbie S. Smith.

**REQUEST FOR PRODUCTION NO. 6:** Produce any and all documents responsive to or supporting your answers to Interrogatory Nos. 1, 2, 3, 4, 9, 11, 12, 13, 18, 19, 21, 22 and 26.

**REQUEST FOR PRODUCTION NO. 7:** Produce a copy of all Atkins & Markoff

EXHIBIT "4"

advertisements within the last three (3) years.

**REQUEST FOR PRODUCTION NO. 8:** Produce any and all documents and communications of any kind, including emails, between Debbie S. Smith and any employee, agent or other representative of Atkins & Markoff that relate in any way to Debbie S. Smith's request for health insurance coverage.

**REQUEST FOR PRODUCTION NO. 9:** Produce any and all documents regarding health insurance for Debbie S. Smith.

**REQUEST FOR PRODUCTION NO. 10:** Produce any and all documents, including but not limited to check copies, evidencing any and all compensation paid to Atkins & Markoff by recipients of referral business from Atkins & Markoff.

**REQUEST FOR PRODUCTION NO. 11:** Produce all documents identified in your answers to Plaintiff's Interrogatories.

**REQUEST FOR PRODUCTION NO. 12:** Produce all written, recorded, transcribed, or videotaped statements by any and all persons regarding the subject litigation.

**REQUEST FOR PRODUCTION NO. 13:** Produce any and all documents or demonstrative evidence which you intend to introduce at trial or which you may use as exhibits at trial.

**REQUEST FOR PRODUCTION NO. 14:** Produce any and all documents evidencing the number of employees of Atkins & Markoff during the last four (4) years.

**REQUEST FOR PRODUCTION NO. 15:** Produce all correspondence exchanged between Atkins & Markoff and the EEOC.

**REQUEST FOR PRODUCTION NO. 16:** Produce any documents regarding your

claim that Debbie S. Smith was discharged after it was brought to your attention she referred an asset forfeiture case to another attorney with whom her husband worked.

**REQUEST FOR PRODUCTION NO. 17:** Produce a copy of all Atkins & Markoff employee handbooks, policies and procedures, benefit packages and guidelines for the past four (4) years.

**REQUEST FOR PRODUCTION NO. 18:** Produce any and all documents that memorialize contact with potential clients, as referred to in Interrogatory No. 24, for the past four (4) years.

**REQUEST FOR PRODUCTION NO. 19:** Produce any and all documentation that would tend to support your website claim to the public at www.oklalawyer.com that Atkins & Markoff has locations at the following addresses:

1) 9211 Lake Hefner Parkway, Suite 104, Oklahoma City, Oklahoma 73120
2) 406 S. Boulder, Suite 409, Tulsa, Oklahoma 74103
3) 501 N. Hudson, Altus, Oklahoma 73522
4) 1700 McKinley, Bartlesville, Oklahoma 74006
5) 802 SW A Avenue, Lawton, Oklahoma 73501
6) 205 W. McElroy Road, Stillwater, Oklahoma 74075
7) 900 36th Avenue NW, Suite 202, Norman, Oklahoma 73072
8) 267 Kentlands Blvd., Suite 1004, Gaithersburg, Maryland 20878

**REQUEST FOR PRODUCTION NO. 20:** Produce all documents, not otherwise produced pursuant to the above requests, used in the preparation of your answers to Plaintiff's Interrogatories.

**REQUEST FOR PRODUCTION NO. 21:** Produce all correspondence exchanged between Atkins & Markoff and any person or entity, *prior to* termination, regarding health insurance for Debbie S. Smith and/or regarding your allegations of a referral.

**REQUEST FOR PRODUCTION NO. 22:** Produce all correspondence exchanged between Atkins & Markoff and any person or entity, *after* termination, regarding health insurance for Debbie S. Smith and/or regarding your allegations of a referral.

Respectfully submitted,

_____
TOM C. GIBSON, OBA #21191
508 W. Vandament Avenue, Suite 306
Yukon, Oklahoma 73099
(405) 354-2900 *telephone*
(405) 354-7557 *facsimile*
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF MAILING

I hereby certify that on the _16th_ day of July, 2007, a true and correct copy of the foregoing was mailed by certified mail, return receipt requested to:

Atkins & Markoff
C/O Daniel Pines Markoff
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, Oklahoma 73120

_____
TOM C. GIBSON

-4-