# IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Debbie S Smith, an individual<br>        Plaintiff,<br>v.<br>Atkins & Markoff,<br>a domestic corporation,<br>        Defendant. | No. CJ-2007-5958<br>(Civil relief more than $10,000:<br>WRONGFUL TERMINATION)<br><br>Filed: 07/11/2007<br><br><br>Judge: Owens, Daniel L. |

## Parties

Atkins & Markoff , Defendant
Smith, Debbie S , Plaintiff

## Attorneys

**Attorney**                                    **Represented Parties**
Gibson, Tom C(Bar # )
101 PARK AVENUE SUITE 460
OKC, OK 73102

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**                    Issue: WRONGFUL TERMINATION (TERMINATE)
                                  Filed by: Smith, Debbie S
                                  Filed Date: 07/11/2007
        **Party Name:**           **Disposition Information:**

                                  Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|---|---|---|---|---|---|---|---|---|
| 07-11-2007 | TEXT<br>CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | 51402149 | Jul 11 2007 12:16:00:110PM | OSCN\LillieHartpence | - | $ 0.00 |
| 07-11-2007 | TERMINATE -<br>WRONGFUL TERMINATION | | | 51402151 | Jul 11 2007 12:16:00:140PM | OSCN\LillieHartpence | Realized | $ 0.00 |
| 07-11-2007 | DMFE          -<br>DISPUTE MEDIATION FEE($ 2.00) | | | 51402152 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 2.00 |
| 07-11-2007 | PFE1          -<br>PETITION($ 150.00) | | | 51402153 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 150.00 |
| 07-11-2007 | PFE7          - | | | 51402154 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 6.00 |

**EXHIBIT "6"**

LAW LIBRARY FEE($ 6.00)

| 07-11-2007 | OCISR | - | 51402155 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

| 07-11-2007 | CCADMIN | - | 51402156 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 1.00 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00)

| 07-11-2007 | CHAB | - | 51402157 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 10.00 |

C.H.A.B. STATUTORY FEE($ 10.00)

| 07-11-2007 | AGVSU | - | 51402158 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 3.00 |

ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00)

| 07-11-2007 | CCADMIN03 | - | 51402159 | Jul 11 2007 12:16:00:140PM | SYSTEM\Autodocket | Realized | $ 0.30 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30)

| 07-11-2007 | LTF | - | 51402160 | Jul 11 2007 12:16:00:170PM | OSCN\LillieHartpence | Realized | $ 10.00 |

LENGTHY TRIAL FUND($ 10.00)

| 07-11-2007 | SMF | - | 51402161 | Jul 11 2007 12:16:00:200PM | OSCN\LillieHartpence | Realized | $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| 07-11-2007 | P | - | 51409669 | Jul 12 2007 9:05:54:387AM | OSCN\TeresaHinton | | $ 0.00 |

PETITION
📄 *Document Available at Court Clerk's Office (#1005000528)*

| 07-11-2007 | TEXT | - | 51402150 | Jul 11 2007 12:16:00:120PM | OSCN\LillieHartpence | | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE OWENS, DANIEL L. TO THIS CASE.

| 07-11-2007 | ACCOUNT | - | 51402205 | Jul 11 2007 12:17:50:110PM | OSCN\VickiThompson | - | $ 0.00 |

RECEIPT # 2007-1688558 ON 07/11/2007.
PAYOR: TOM C GIBSON TOTAL AMOUNT PAID: $ 212.30.
LINE ITEMS:
CJ-2007-5958: $155.00 ON AC01 CLERK FEES.
CJ-2007-5958: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.
CJ-2007-5958: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2007-5958: $1.30 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2007-5958: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2007-5958: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.
CJ-2007-5958: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2007-5958: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 07-23-2007 | AMP | - | 51507439 | Jul 24 2007 9:49:58:327AM | OSCN\JoyceWashington | - | $ 0.00 |

PLAINTIFF'S FIRST AMENDED PETITION
📄 *Document Available at Court Clerk's Office (#1004998881)*

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|-------|-----------|------------|-------------|------------|------------|--------------|---------|
| Atkins & Markoff | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Case 5:07-cv-00879-R   Document 1-6   Filed 08/07/07   Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Smith, Debbie S | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 212.30 | $ 212.30 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 212.30 | $ 212.30 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at August 6, 2007 14:42 PM

End of Transmission.

I, PATRICIA PRESLEY, Court Clerk for Oklahoma
County, Okla., hereby certify that the foregoing is a
true, correct and complete copy of the instrument
herewith set out as appears of record in the District
Court Clerks Office of Oklahoma County, Okla.,
this _____ day of _____, 20____
                              PATRICIA PRESLEY, Court Clerk.
By _____ Deputy