# CIVIL COVER SHEET

This JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the judicial conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## I. (a) PLAINTIFF
DEBBIE S. SMITH, an individual

## DEFENDANT
ATKINS & MARKOFF, an Oklahoma corporation

**(b)** COUNTY OF RESIDENCE OF LISTED PLAINTIFF: Canadian
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF LISTED DEFENDANT: Oklahoma
(EXCEPT IN U.S. PLAINTIFF CASES)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Tom C. Gibson
508 W. Vandament Avenue, Suite 306
Yukon, OK  73099
405/354-2900
405/354-7557 (fax)

ATTORNEYS (IF KNOWN)

Jim T. Priest, OBA #7310
Whitten Nelson McGuire Terry & Roselius
P.O. Box 138800
Oklahoma City, OK  73113
405/705.3600
405/705-2573 (fax)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

29 U.S.C. § 621 *et seq.*  Damages based on alleged ADEA violations.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury- Med Malpractice | [ ] 620 Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 630 Liquor Laws | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | [ ] 640 R.R. & Truck- | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 650 Airline Regs- [ ] 660 Occupational- Safety/Health | [ ] 820 Copyrights [ ] 830 Patent | [ ] 460 Deportation [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 340 Marine / PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 152 Recovery of Defaulted Student Loan (Excl. Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud [ ] 371 Truth In Lending | [ ] 710 Fair Labor Standards Act [ ] 720 Labor/Mgmt. Relations | [ ] 861 HIA (1395ff) [ ] 862 Black Lung (923) [ ] 863 DIWC (405(g)) | [ ] 850 Securities/Commodities/ Exchange [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWW (405(g)) [ ] 864 SSID Title XVI [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts [ ] 892 Economic Stabilization Act |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | | FEDERAL TAX SUITS | [ ] 893 Environmental Matters |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act [ ] 895 Freedom of Information Act |
| [ ] 195 Contract Product Liability | | | | |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | | |
| [ ] 220 Foreclosure | [x] 442 Employment | | [ ] 790 Other Labor Litigation | [ ] 950 Constitutionality of State Statutes |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 Habeas Corpus [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | | | | |
| [ ] 290 As Other Real Property | [ ] 440 Other Civil Right | [ ] 550 Civil Rights | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23  [ ]
DEMAND in excess of $10,000.00
Check YES only if demanded in complaint
JURY DEMAND  [x] YES  [ ] NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY  JUDGE _____
DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 8/7/07 | s/ JIM T. PRIEST |

**UNITED STATES DISTRICT COURT**

Oklahoma Bar Number: 7310
Phone: 405-705-3600
Fax: 405-705-2573
jimpriest@whitten-nelson.com

Whitten Nelson McGuire Terry & Roselius
P.O. Box 138800
Oklahoma City, OK  73113